Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Indianapolis Division

1:18-CV-3442 WTL-DML

Case No. _____
(to be filled in by the Clerk's Office)

Raj Patel
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

FBI; IMPD; Kartik Patel, Brownsburg Police Dept.; Brownsburg Community School Corp.; Emory University; Notre Dame Law School
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Raj Patel |
   | Street Address | 501 North Capitol Avenue, Apt. 4126 |
   | City and County | Indianapolis, Marion County |
   | State and Zip Code | IN, 46204 |
   | Telephone Number | 317-331-0008 |
   | E-mail Address | rajp2010@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Investigation |
| Job or Title *(if known)* | |
| Street Address | 8825 Nelson B Klein Pkwy |
| City and County | Indianpolis, Marion County |
| State and Zip Code | IN, 46112 |
| Telephone Number | 317-595-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Brownsburg Police Department |
| Job or Title *(if known)* | |
| Street Address | 31 North Green Street |
| City and County | Brownsburg, IN 46112 |
| State and Zip Code | IN, 46112 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Indianapolis Metropolitian Police Department |
| Job or Title *(if known)* | |
| Street Address | 50 North Alabama Street |
| City and County | Indianapolis, Marion County |
| State and Zip Code | IN, 46204 |
| Telephone Number | 317-327-3811 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Kartik Patel |
| Job or Title *(if known)* | |
| Street Address | 1239 Spring Lake Drive |
| City and County | Brownsburg, Hendricks County |
| State and Zip Code | IN, 46112 |
| Telephone Number | 317-750-4258 |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* __Raj Patel__, is a citizen of the State of *(name)* __Indiana__.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* __Kartik Patel__, is a citizen of the State of *(name)* __Indiana__. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* __Notre Dame Law School__, is incorporated under the laws of the State of *(name)* __Indiana__, and has its principal place of business in the State of *(name)* __Indiana__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100 million; there will be attorneys fees, loss of oppurtunity, wrongful interefence, reputational damages, punitive damages, consequtional damages, actual damages, reliance damages, and trebale damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 11/06/2018 , at *(place)* Indiana and Georgia ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The FBI would not have a violated my legal and consitutional rights. The BPD would not have violated my legal and constitutional rights. The IMPD would not have violated my legal and constitutional rights. Kartik Patel would not have aided and abetted in violations of my legal and constitutional rights over the course of 14 years, especially after the age of maturity. Emory University and Notre Dame Law School would not have assisted in violation of my legal and constitutional rights and had the duty under corporate law to report of unauthorized law enforcement activity against one of its students, a duty under corporate law to stop unauthorized law enforcement activity, and a duty under corporate law and a duty under FERPA to disclose to the student of unauthorized business practice.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

FBI acted by using taxpayer gadgets; FBI omitted from stopping an ongoing unauthorized survillence. BPD acted or assisted in using survillence technologies; BPD omitted from doing their duty to stop unauthorized surviellence within its jurisdiction. IMPD acted or assisted in using survillence technologies taxpayer; IMPD omitted from doing their duty to stop surviellence within its jurisdiction. Emory University had a duty to stop unlawful surviellence and authorized communication about its student; Emory University omitted to stop unlawful surviellence and unauthorized communicatin about its student. Notre Dame Law School had a duty to stop unlawful surviellence and unauthorized communication about its student; Notre Dame Law School omitted to stop unlawful surviellence and unauthorized communication about its student.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request the court provide an injunction to order all law enforcment to stop violating my constitutional and legal rights. I would like actual and punitive damages. I have earned actual damages because I was induced to withdraw from Notre Dame, which led to lossing money for an academic year, reputational harm because of having to take a year off of school unnecessarily, emotional harm, and consequtial damages because of lossing wages from a salary job, and having to find living and accomodations when I did not need to. I have earned punitive damages so law enforcement does not unlawfully survielle. I believe the reason of why I am being survielled has evolved over time. First it was exclusively for amusement but now the motive for the survielling is more political than not. First, the survillence was to make me "speak to my father" or "respect my father." While I did not ignore him, he was not happy with contemporary teenage phases of life. I was elected by a committee to be the Student Body President at Brownsburg High School, then at Emory University I was popularly elected as the Student Body President, and then at Notre Dame Law School I was popularly elected as a Third-Year Representative from the Notre Dame Bar Association to the Indiana State Bar Association. As a part of my duties for student body president, I met President Carter and His Holiness the Dalai Lama. After 2014, I believe that the motive is political and hidden under the vindictive guise of "respect your father."

Moreover, I have reason to believe that the nature of the survillence is also for political sabotage because one of my former high school assistant principal's son works for a likely presidential candidate in South Bend, Indiana. I have nothing personal against the mayor nor do I know him, and I will only qualify to run for president in about a decade. I would like to plead it because of Notre Dame's unique geo-political positioning and because my former assistant principal ("Ms. S.B.") contacted me via facebook within 3 hours of downloading the pro se forms from the uscourts website. I also do not regularly stay in touch with Ms. S.B. I view it to be more than a coincidence.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/06/2018

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Raj Patel

### B. For Attorneys

Date of signing: _____

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

2. The defendant is a corporation:

    a. The defendant, <u>Emory University</u>, is incorporated under the laws of the State of <u>Georgia</u>, and has its principal place of business in the State of <u>Georgia</u>.

    b. The defendant, <u>Brownsburg Police Department</u>, is incorporated under the laws of the State of <u>Indiana</u>, and has its principal place of business in the State of <u>Indiana</u>.

    c. The defendant, <u>Brownsburg Community School Corporation</u>, is incorporated under the laws of the State of <u>Indiana</u>, and has its principal place of business in the State of <u>Indiana</u>.

    d. The defendant, <u>Indianapolis Metropolitan Police Department</u>, is incorporated under the laws of the State of <u>Indiana</u>, and has its principal place of business in the State of <u>Indiana</u>.